# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00726-CV

**In re Calvin Walling McGowan, Individually and as trustee of the Elizabeth M. Blount 2012 Trust, Trustee of the Jane M. Brigman 2012 Trust, Trustee of the Anne M. Schooler 2012 Trust, and as Executor of the Estate of Calvin B. McGowan, deceased: McGowan Ranch, LLC; Calvin Ogden McGowan, Individually and as Trustee of the Calvin Ogden McGowan 2020 Trust; Cora Caleene M. Kothmann, Individually and as Trustee of the Cora McGowan Kothmann 2020 Trust;**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### O R D E R

**PER CURIAM**

Relator Calvin Walling McGowan has filed a petition for writ of mandamus and emergency motion for temporary stay of further proceedings in the trial court. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay all proceedings pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before November 28, 2022.

It is ordered on November 15, 2022.

Before Chief Justice Byrne, Justices Triana and Smith